**FILED**

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. **5:21-CT-3051**

(To be filled out by Clerk's Office only)

FEB 1 6 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Dale Martin
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 38586-007

**COMPLAINT**

(*Pro Se* Prisoner)

-against-

United States of America
_____

_____

_____

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Dale Martin
Name

38586-007
Prisoner ID #

FCI 2
Place of Detention

P.O. Box 1500
Institutional Address

Butner                          NC                      27509
City                            State                   Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☒ Federal
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    United States of America
Name

Sovereign Nation c/o U.S A.G.
Current Job Title

950 Pennsylvania Ave, NW
Current Work Address

Washington            DC            20530
City            State            Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

Defendant 2:    _____

Name

_____

Current Job Title

_____

Current Work Address

_____
City            State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:21-ct-03051-M    Document 1    Filed 02/16/21    Page 3 of 11

## Defendant(s) Continued

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: FCC Butner medical complex

Date(s) of occurrence: March 6, 2020

State which of your federal constitutional or federal statutory rights have been violated:

injured as a result on negligent action(s) and/or inaction(s) on the part of staff and administrators at the FCC Butner medical complex

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

<table>
<tr><td>Who did what to you?</td><td>On or about march 6, 2020, as a result of negligence and/or gross negligence, because of improperly secured wheelchair restraints which caused me to trip and fall, resulting in me hitting my head causing me to loss consciousness. While unconscious another bus transporting inmates collided with the bus I was on. This collision caused me to slam into another part of the bus, hurting my head and neck. Prior to my fall and the collison there was the smell of alochol on staff's breath. Later, when seen by Health Services, my complaints of severe headache and neck pain were ignored, and not entered into my medical records. Instead, I was treated for a small cut on my lower lip. Health Service did no kind</td></tr>
</table>

of concussion protocol, or provide any medication for my pain. The Staff that transported inmates within the FCC Butner medical complex were negligent by not properly securing the wheelchair restraints, which caused my fall and loss of consciousness, and other staff negligent for not properly paying attention to their surrounding which resulted in the Collision, that caused me further injury. Health Service staff were negligent by ignoring my complaints and

Case 5:21-ct-03051-M     Document 1     Filed 02/16/21     Page 5 of 11

purposely Failing to enter symptoms and complaints into my medical records.

**What happened to you?**

As a result of the negligent action(s) and/or inaction(s) I suffered an unnecessary fall that resulted in injuries, and other injuries as a result of a collision between transport buses.

**When did it happen to you?**

The action(s) and/or inaction(s) described herein occurred on or about March 6, 2020.

**Where did it happen to you?**

The action(s) and/or inaction(s) described herein occurred at the FCC Butner medical Complex in Butner, NC

What was your injury?

As a result of the negligent action(s) and/or inaction(s) described herein I sufferred loss of conscousness, blow to my head, and neck pain at the time of my fall and bus collision. Since the date of events and negligence described herein I have suffered reoccurring headaches, neck stiffness and soreness, my teeth and gums hurt sometimes, and I have had reoccurring bouts of becoming disoriented.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No

If no, explain why not:

Is the grievance process completed?  ☒ Yes  ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

As a result of the negligent and/or gross negligente action(s) and/or inaction(s) of Staff and administrators of the FCC Butner medical Complex, I seek $24,000.00 in compensation of the injuries I suffered

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☐ Yes    ☒ No

       If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page **9** of **10**

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

2-11-21
Dated

Dale Martin
Plaintiff's Signature

Dale Martin
Printed Name

38586-007
Prison Identification #

P.O. Box 1500          Butner          NC          27509
Prison Address          City          State          Zip Code